UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| STUDIO WEST PRODUCTIONS INC.<br>2400 Boundary Road<br>Burnaby, BC<br>V5M3Z3, Canada<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1 – 237<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:12-cv-3690<br>)<br>)<br>)<br>)<br>) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for STUDIO WEST PRODUCTIONS, INC. in the above captioned action, states that there is nothing to report under Rule 7.1 in that there are no parents, subsidiaries, and/or affiliate entities (corporate or otherwise) of Plaintiff that have issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of Plaintiff's stock.

DATED:  December 19, 2012

Respectfully submitted,
STUDIO WEST PRODUCTIONS INC.

By:  /s/ John W. Raggio_____
John W. Raggio ▪ Texas Bar No. 24041739
The Raggio Law Firm, P.C.
4925 Greenville Ave., Ste. 711 ▪ Dallas, Texas 75206
Tel: 214-461-6182 ▪ Fax: 214-594-8404
Email: jraggio@raggiofirm.com
*Counsel for the Plaintiff*

*DUNLAP*WEAVER, PLLC
199 Liberty Street SW
Leesburg, Virginia 20175
Telephone: 703-777-7319

2

                                        Facsimile: 703-777-3656
                                        subpoena@dglegal.com
                                        *Co-Counsel for the Plaintiff*

2