# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### Houston Division

| | | |
|---|---|---|
| **STUDIO WEST PRODUCTIONS INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:12-cv-3690** |
| | ) | |
| **DOES 1 – 237** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No answer or motion for summary judgment has been filed in this case.


DATED:  April 4, 2013

Respectfully submitted,
STUDIO WEST PRODUCTIONS INC.

By:     /s/ John W. Raggio_____
John W. Raggio ▪ Texas Bar No. 24041739
The Raggio Law Firm, P.C.
4925 Greenville Ave., Ste. 711 ▪ Dallas, Texas 75206
Tel: 214-461-6182 ▪ Fax: 214-594-8404
Email: jraggio@raggiofirm.com
*Counsel for the Plaintiff*

*DUNLAP*WEAVER, PLLC
199 Liberty Street SW
Leesburg, Virginia 20175
Telephone: 703-777-7319
Facsimile: 703-777-3656
subpoena@dglegal.com
*Co-Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

/s/ John W. Raggio_____